**E-Filed 10/30/2006**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD RHODES,<br><br>                Petitioner,<br><br>   v.<br><br>ROBERT KIRKLAND,<br><br>                Respondent. | Case Number C 06-5252 JF<br><br>ORDER[1] AMENDING ORDER FILED OCTOBER 24, 2006<br><br>[re: docket no. 19] |

      On October 24, 2006, the Court filed an order granting Petitioner leave to proceed *in forma pauperis* and denying his request for appointment of counsel. At that time, the Court stated that the total filing fee ultimately due would be $150.00. However, because this is a habeas petition, Petitioner is not required to pay more than the initial filing fee of $5.00. *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997). Petitioner has already paid the initial filing fee. Therefore, Petitioner need pay no additional filing fees in this matter. A copy of this Order will be sent to the prison trust account office.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-5252 JF
ORDER AMENDING ORDER FILED OCTOBER 24, 2006
(JFLC1)

1  IT IS SO ORDERED.

2

3  DATED: October 30, 2006.

4

5

6  _____
   JEREMY FOGEL
7  United States District Judge

Case No. C 06-5252 JF
ORDER AMENDING ORDER FILED OCTOBER 24, 2006
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Allen Robert Crown     allen.crown@doj.ca.gov, ecfcoordinator@doj.ca.gov;
3 |    docketingsfawt@doj.ca.gov; delia.desuyo@doj.ca.gov;
   cherryl.crisostomo@doj.ca.gov; maricris.argarin@doj.ca.gov

4 | Juliana Drous     jdrous@msn.com

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 06-5252 JF
ORDER AMENDING ORDER FILED OCTOBER 24, 2006
(JFLC1)