JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, CA 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
E-mail: jdrous@msn.com

Attorney for Petitioner
CHAD RHODES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHAD RHODES,

        Petitioner,

  v.

ROBERT KIRKLAND, Warden.

        Respondent.
_____/

Case No. C 06-5252 JF

~~[PROPOSED]~~ **ORDER
RE: EXTENSION OF TIME
TO FILE REPLY TO ANSWER**

    GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have an enlargement of time, to January 12, 2007, to file his reply to Respondent's answer.

Dated:   January 5, 2007.

                                          JEREMY FOGEL
                                          United States District Judge

Order re: Enlargement of Time to File Response