**E-Filed 1/19/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHAD RHODES,<br><br>                Petitioner,<br><br>   v.<br><br>ROBERT KIRKLAND, Warden, and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                Respondents. | Case Number C 06-5252 JF<br><br>JUDGMENT |

    The Court having denied on the merits the petition for writ of habeas corpus, Judgment is hereby entered for Respondents and against Petitioner.

DATED: January 19, 2010

                                          JEREMY FOGEL
                                          United States District Judge