**E-Filed 2/23/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHAD RHODES, | Case Number C 06-5252 JF |
| Petitioner, | ORDER[1] DENYING MOTION FOR CERTIFICATE OF APPEALABILITY; AND GRANTING MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS |
| v. | |
| ROBERT KIRKLAND, Warden, | |
| Respondent. | |

On January 19, 2010, this Court denied the petition for writ of habeas corpus sought by Petitioner Chad Rhodes ("Petitioner") pursuant to 28 U.S.C. § 2254, and entered judgment for Respondent. On January 25, 2010, Petitioner filed a motion for a certificate of appealability. On January 26, 2010, Petitioner filed a motion to proceed on appeal *in forma pauperis*.

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). A certificate of appealability must indicate which

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-5252 JF
ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY ETC.
(JFLC2)

specific issues satisfy this requirement. 28 U.S.C. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

This Court carefully considered the grounds for relief raised in the petition, and concluded that Petitioner had failed to demonstrate a denial of a constitutional right. The Court is not persuaded that reasonable jurists would find this conclusion debatable or wrong. Accordingly, Petitioner's motion for a certificate of appealability is DENIED.

Petitioner's motion for leave to proceed on appeal *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

The clerk shall forward to the court of appeals the case file with this order. *See* Fed. R. App. P. 22(b).

DATED: 2/23/2010

_____
JEREMY FOGEL
United States District Judge